**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6935**

———————

LUTHER JENKINS, IV,

Plaintiff - Appellant,

versus

W. F. DALIUS, Warden; D. FONDREN, Captain;
EDUARDO CAMACHO, Captain; LIEUTENANT DODSON,
SIS; MR. GIGLIOTTI, Kitchen Supervisor,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge.  (CA-03-271-5-H)

———————

Submitted:  August 14, 2003        Decided:  August 22, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Luther Jenkins, IV, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luther Jenkins, IV, appeals the district court's order denying relief on his <u>Bivens</u>* complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>Jenkins v. Dalius</u>, No. CA-03-271-5-H (E.D.N.C. filed May 13, 2003 & entered May 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

*   <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).